**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| DWAYNE HILL, | : | No. 1 EAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered on |
| | : | January 23, 2024, at No. 311 M.D. |
| v. | : | 2022. |
| | : | |
| | : | |
| GOVERNOR OF THE COMMONWEALTH | : | |
| OF PENNSYLVANIA, AND | : | |
| PENNSYLVANIA'S BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                           **DECIDED: June 18, 2024**

     **AND NOW,** this 18th day of June, 2024, the order of the Commonwealth Court is

**AFFIRMED.**